**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLEN CAUDLE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 26-4710** |
| | : | |
| **RENTOKIL NORTH AMERICA INC.,** | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 5th day of August 2026, upon consideration of plaintiff Allen Caudle's amended complaint (DI 14), it is **ORDERED** that:

1. For the reasons in the court's accompanying memorandum, the amended complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**MURPHY, J.**